IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03458-GPG

TERRY BETTS,

      Plaintiff,

v.

STATE OF COLORADO, and
BRANDON SHAFFER, In His Official Capacity as Chair of the Colorado State Board of
      Parole, and In His Individual Capacity,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE GORDON P. GALLAGHER

      Plaintiff's request for service by the United States Marshal (ECF No. 9) and his Request for Court-Appointed Counsel (ECF No. 11) are DENIED without prejudice as premature.  If this case is drawn to a presiding judge, following preliminary review pursuant to D.C.COLO.L.CivR 8.1(b) and (c), Plaintiff may renew his motions at that time.

Dated:  January 29, 2015

---